UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

EXHIBIT A

---

Patricia McFadden,

        Plaintiff,

v.

Minnesota Public Radio, a Minnesota corporation and Minnesota Communications Group, a Minnesota corporation,

        Defendant.

Case No: 9-CV-1357
JMR/FLN
99 sc 1357

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The undersigned, as counsel for the parties, hereby agree that the above-entitled matter shall be dismissed on the merits with prejudice, without costs to either party, and that the file in this matter shall be sealed.

Dated: Dec. 6, 1999

MESSERLI & KRAMER, P.A.

_/s/ Teresa K. Patton_
Teresa K. Patton, Atty I.D. #205679
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Tel. 612/672-3600
ATTORNEYS FOR PLAINTIFF

FELHABER, LARSON, FENLON & VOGT

Dated: Dec. 4, 1999

_/s/ Karen G. Schanfield_
Karen G. Schanfield, #96350
601 Second Avenue South
Suite 4200
Minneapolis, MN 55402
612/373-8417
ATTORNEYS FOR DEFENDANT

FILED DEC 06 1999
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(12)

## ORDER

Based on the above stipulation:

IT IS SO ORDERED.

Dated: December 13th, 1999

~~The Honorable Franklin X. Noel~~
~~United States Magistrate Judge~~
HONORABLE JAMES M. ROSENBAUM
Judge of U.S. District Court